**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-8037**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL CLIVE PHILLIPS, a/k/a Jungle, a/k/a
Culture, a/k/a David,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (2:93-cr-00131)

Submitted:  March 21, 2007              Decided:  April 9, 2007

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Clive Phillips, Appellant Pro Se.  Kevin Michael Comstock,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Clive Phillips appeals the district court's order granting his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000), and denying his Fed. R. Civ. P. Rule 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Phillips, No. 2:93-cr-00131 (E.D. Va. filed Sept. 13, 2006; entered Sept. 15, 2006 and filed Nov. 14, 2006; entered Nov. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED